

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00094-CV

_____


GEORGE DOUGLAS, Appellant

V.

JACK MARTINSEN AND BARBARA K. MARTINSEN-ANICH, Appellees



On Appeal from the 2nd District Court
Cherokee County, Texas
Trial Court No. 2010-09-0616



Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

George Douglas filed a timely notice of appeal on October 11, 2019. The clerk's record was filed on January 7, 2020. The reporter's record was filed on June 12, 2020. The original deadline for Douglas's appellate brief was July 13, 2020. After Douglas's first request for an extension of time in which to file his brief was granted, we set August 12, 2020, as the new briefing deadline. After we granted Douglas's second request for an extension of the briefing deadline, we set September 11, 2020, as the new briefing deadline. When neither a brief nor a motion to extend time for filing same was received by September 29, 2020, this Court advised Douglas by letter that the brief was late. We also extended the deadline for filing the brief to October 14, 2020. We warned Douglas that the failure to file a brief by October 14, 2020, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Since October 14, we have received assurances from Douglas, through his attorney, that a brief and a third motion for an extension of the briefing deadline were forthcoming. In response to our email inquiry, Douglas's counsel indicated that appellant's brief would be filed the week of October 26. Counsel explained that the delay resulted from his illness. We received no response to our November 2 email inquiry regarding the status of appellant's brief. In response to our November 5 email inquiry regarding the status of appellant's brief, counsel indicated that he had prepared a motion and would file it that day. He also indicated that he would try to have the brief filed by November 6. We have received neither a motion nor a brief from appellant and have not received additional information regarding the status of the brief. Having received no

2

brief from appellant, Douglas's appeal is ripe for dismissal for want of prosecution. Consequently, Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).


Josh R. Morriss, III
Chief Justice

Date Submitted:     November 16, 2020
Date Decided:       November 17, 2020

3